IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-0010-RBJ

ROBERT BAKER,

    Plaintiff,

v.

ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,
ALLSTATE INSURANCE COMPANY, and
NATIONWIDE MUTUAL INSURANCE COMPANY,

    Defendants.

---

### MINUTE ORDER REGARDING DOCKET #8

Entered by Judge R. Brooke Jackson

    The Unopposed Motion to Appoint Local Magistrate Judge (Docket #8) is granted. Magistrate Judge Gudrun J. Rice is appointed. The Court will issue an order of reference forthwith. The Court vacates the Order to Set Scheduling Conference [6] with Judge Jackson. The parties should proceed with scheduling as directed by Magistrate Judge Rice.

    DATED this 20th day of January, 2012.