IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 12-cv-00010-RBJ-GJR

ROBERT BAKER,

    Plaintiff,

v.

ALLIED PROPERTY & CASUALTY INSURANCE COMPANY,
ALLSTATE INSURANCE COMPANY, and
NATIONWIDE MUTUAL INSURANCE COMPANY,

    Defendants.

## ORDER RE: PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT (Doc. # 26)

The Court, after review of Plaintiff's Motion for Leave to Amend Complaint (Doc. #26) and review of the file, hereby **GRANTS** Plaintiff's Motion for Leave to Amend Complaint.

Plaintiff's Second Amended Complaint accepted for filing.

Done and Signed this 25th day of April, 2012.

                          BY THE COURT:

                          s/ Gudrun J. Rice
                          _____
                          Gudrun J. Rice
                          United States Magistrate Judge