IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Civil Action No. 12-cv-00010-RBJ-GJR

ROBERT BAKER,

    Plaintiff,

v.

ALLIED PROPERTY & CASUALTY INSURANCE COMPANY,
ALLSTATE INSURANCE COMPANY, and
NATIONWIDE MUTUAL INSURANCE COMPANY,

    Defendants.

## ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO MODIFY SCHEDULING ORDER (Doc. # 57)

The Court, after review of Plaintiff's Unopposed Motion to Modify Scheduling Order (Doc. #57) and review of the file, hereby **GRANTS** Plaintiff's Motion to Modify Scheduling Order.

Scheduling Order revised:

Discovery Cutoff:   December 14, 2012
Expert Disclosures:   November 15, 2012
Rebuttal - Expert Disclosures:   December 14, 2012

Done and signed this 9th day of October, 2012.

                            BY THE COURT:

                            s/ Gudrun J. Rice
                            _____
                            Gudrun J. Rice
                            United States Magistrate Judge