IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gordon P. Gallagher

Civil Action No. 12-cv-00010-RBJ-GPG

ROBERT BAKER,

      Plaintiff,

v.

ALLIED PROPERTY & CASUALTY INSURANCE COMPANY,
ALLSTATE INSURANCE COMPANY, and
NATIONWIDE MUTUAL INSURANCE COMPANY,

      Defendants.

---

## ORDER RE: PLAINTIFF'S UNOPPOSED MOTION TO
## MODIFY SCHEDULING ORDER (Doc. # 68)

---

The Court, after review of Plaintiff's Unopposed Motion to Modify Scheduling Order (Doc. #68) and review of the file, hereby **GRANTS** Plaintiff's Motion to Modify Scheduling Order.

Scheduling Order revised:

Expert Disclosures Regarding Insurance Practices Expert: November 26, 2012
Insurance Practices Cutoff Date:  December 26, 2012
Rebuttal Expert Disclosures Regarding insurance practice experts: December 26, 2012

Done and signed this 13th day of November, 2012.

BY THE COURT:
s/ Gordon P. Gallagher
_____
Gordon P. Gallagher
United States Magistrate Judge