# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

### JUDGE R. BROOKE JACKSON

### COURTROOM MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks          Date: March 19, 2013
Court Reporter: Kara Spitler                          Time: one hour and 36 minutes

---

### CASE NO.  12-cv-00010-  RBJ-GPG

Parties                                                 Counsel

**ROBERT BAKER,**                                       Nicholas Mayle

       Plaintiff (s),

vs.

**ALLIED PROPERTY AND CASUALTY**                        Peter Gregory
**INSURANCE COMPANY, and**                              Robin Bowers
**ALLSTATE INSURANCE COMPANY,**                         Anthony Clapp
**NATIONWIDE MUTUAL INSURANCE**
**COMPANY,**

       Defendant (s).

---

### MOTIONS HEARING

---

**3:16 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

Defendant Allstate Insurance Company's Motion for Partial Summary Judgment and
Certification Pursuant to D.C. COLO.LCIVR 7.1(a) [Docket No. 40]

Page Two
12-cv-00010-RBJ-GPG
March 19, 2013

Defendant Nationwide Mutual Insurance Company's Motion for Summary Judgment Regarding Primacy [Docket No. 41]

Defendants Allied Property and Casualty Insurance and Nationwide Mutual Insurance Company's Motion for Summary Judgment as to Medical Payment Coverage Claims [Docket No. 65]

Defendants Allied Property and Casualty Insurance and Nationwide Mutual Insurance Company's Motion for Summary Judgment Regarding Underinsured Motorist Claims [Docket No. 66]

**3:16 p.m.**      Argument by Mr. Gregory.  Questions by the Court.

**4:09 p.m.**      Argument by Mr. Mayle.  Questions by the Court.

**4:17 p.m.**      Argument by Ms. Bowers.  Questions by the Court.

**4:20 p.m.**      Further argument by Mr. Gregory.

**4:23 p.m.**      Further argument by Ms. Bowers.

**4:36 p.m.**      Further argument by Mr. Mayle.

**ORDERED:**  Motions are **TAKEN UNDER ADVISEMENT.**

**5:02 p.m.**      **COURT IN RECESS**

**Total in court time:**        **96 minutes**

**Hearing concluded**