IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-0010-RBJ-GPG

ROBERT BAKER,

    Plaintiff,

v.

ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY,
ALLSTATE INSURANCE COMPANY, and
NATIONWIDE MUTUAL INSURANCE COMPANY

    Defendants.

---

### ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF AND DEFENDANTS ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY AND NATIONWIDE MUTUAL INSURANCE COMPANY

---

THIS MATTER, having come before the Court upon Stipulation for Dismissal with Prejudice as to Plaintiff and Defendants Allied Property and Casualty Insurance Company and Nationwide Mutual Insurance Company, and the Court being fully advised thereon:

HEREBY ORDERS the motion is GRANTED. Plaintiff's claims against Allied Property and Casualty Insurance Company and Nationwide Mutual Insurance Company are dismissed with prejudice.

Done this 4th day of September, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge