IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-0010-RBJ-GPG

ROBERT BAKER,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY,

    Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINITFF AND DEFENDANT ALLSTATE INSURANCE COMPANY

---

    THIS MATTER, having come before the Court upon Stipulation for Dismissal with Prejudice as to Plaintiff and Defendant Allstate Insurance Company, and the Court being fully advised thereon:

    HEREBY ORDERS the motion is GRANTED. Plaintiff's claims against Allstate Insurance Company are dismissed with prejudice.

    DATED this 10th day of January, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge